AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MORRIS EDWIN H & CO., INC., UNIVERSAL MUSIC CORPORATION, AFROMAN MUSIC, and PURPLE RABBIT MUSIC<br><br>*Plaintiff(s)*<br>v.<br>TREBLE MAKERS OF WESLEY CHAPEL, INC. and JAMES S. HESS<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-00579-MSS-CPT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMES S HESS,
8127 LAGO MIST WAY
Wesley Chapel, FL 33454

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 6, 2024                                    CarlaRoberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MORRIS EDWIN H & CO., INC., UNIVERSAL MUSIC CORPORATION, AFROMAN MUSIC, and PURPLE RABBIT MUSIC <br><br> *Plaintiff(s)* <br><br> v. <br><br> TREBLE MAKERS OF WESLEY CHAPEL, INC. and JAMES S. HESS <br><br> *Defendant(s)* | Civil Action No. 8:24-cv-00579-MSS-CPT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Treble Makers of Wesley Chapel, Inc.

C/O
JAMES S HESS,
8127 LAGO MIST WAY
Wesley Chapel, FL 33454

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 6, 2024                                                         CarlaRoberts

*Signature of Clerk or Deputy Clerk*